IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STEVE CONREY                                                                                    PLAINTIFF

VS.                                      CASE NO. 3:18CV00232 PSH

NANCY A. BERRYHILL, Commissioner,
    Social Security Administration                                              DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE